IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **BOBBY SNIPES,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 1:25-cv-414 |
| | ) |
| v. | ) |
| | ) |
| **ABILITY RECOVERY SERVICES, LLC, and WALDEN UNIVERSITY, LLC,** | ) |
| | ) |
| Defendants. | ) |

**STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED between the Plaintiff and the Defendant, Walden University, LLC, pursuant to this Stipulation, that Walden University, LLC shall be allowed until July 16, 2025, to respond to the Plaintiff's Complaint.

Respectfully submitted by:

**/s/ Benjamin M. Sheridan**
Benjamin M. Sheridan (# 52734)
Jed R. Nolan (# 56899)
*Counsel for Plaintiff*
Klein & Sheridan, LC PC

Mailing Address:
964 High House Rd. PMB 2039
Cary, NC  27513

ben@kleinsheridan.com
jed@kleinsheridan.com
phone: (919) 899-9533
fax: (304) 562-7115

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BOBBY SNIPES, ) | |
| ) | Civil Action No.: 1:25-cv-414 |
| Plaintiff, ) | |
| v. ) | |
| ABILITY RECOVERY ) | |
| SERVICES, LLC, and ) | |
| WALDEN UNIVERSITY, LLC, ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically on the 11th day of June, 2025 through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court.

**/s/ Benjamin M. Sheridan**
Benjamin M. Sheridan (# 52734)