IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BOBBY SNIPES, ) ) ) **Plaintiff,** ) ) v. ) ) ABILITY RECOVERY ) SERVICES, LLC, and ) WALDEN UNIVERSITY, LLC, ) ) **Defendants.** | **Civil Action No.: 1:25-cv-414** |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now the Plaintiff by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and does hereby **VOLUNTARILY DISMISS** his complaint **WITHOUT PREJUDICE**.

**Bobby Snipes,**

BY COUNSEL,

BY: /s/ Benjamin Sheridan

Benjamin M. Sheridan (N.C. Bar No.: 52734)
Jed R. Nolan (N.C. Bar No.: 56899)
*Counsel for Plaintiff*

Klein & Sheridan LC PC
964 High House Road. PMB 2039
Cary, NC 27513
T: (919) 899-9533
F: (919) 899-9533
E: ben@kleinsheridan.com
E: jed@kleinsheridan.com

1